**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Benson Watta WANAMBISI, also**
**known as Johnstone Webi, also known**
**as African, Defendant–Appellant.**

**No. 13–30903**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 19, 2014.

Cristina Walker, Assistant U.S. Attorney, Liddell Smith, Assistant U.S. Attorney, U.S. Attorney's Office, Shreveport, LA, for Plaintiff–Appellee.

Benson Watta Wanambisi, Beaumont, TX, pro se.

---

Before STEWART, Chief Judge, and SMITH and DENNIS, Circuit Judges.

PER CURIAM: *

Benson Watta Wanambisi, federal prisoner # 04013–265, was sentenced to 300 months in prison for conspiracy to import heroin. On July 22, 2013, Wanambisi filed a motion for relief from final judgment or for other extraordinary relief purportedly pursuant to Federal Rule of Civil Procedure 60(b) seeking to reduce his sentence based on *Alleyne v. United States,* —— U.S. ——, 133 S.Ct. 2151, 186 L.Ed.2d 314 (2013). The district court denied the motion, and Wanambisi appeals.

Under any construction given to it, Wanambisi's motion was an unauthorized motion that the district court was without jurisdiction to consider. *See In re Sepulvado,* 707 F.3d 550, 556 (5th Cir.), *cert. denied,* —— U.S. ——, 134 S.Ct. 420, 187 L.Ed.2d 280 (2013); *United States v. Bridges,* 116 F.3d 1110, 1112–13 (5th Cir. 1997); *United States v. Early,* 27 F.3d 140, 142 (5th Cir.1994). The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.